UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| KEATON A. GILBERT,<br>DAKOTA F. AVERETT,<br><br>    Plaintiffs,<br><br>vs.<br><br><br>FCA US, LLC, ET AL.<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br><br>CASE NO: 17-1057-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation of Voluntary Dismissal Without Prejudice entered on July 11, 2017, this cause is hereby dismissed without prejudice.

                                              APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 7/11/2017                    THOMAS M. GOULD
                                   Clerk of Court

                                        s/Maurice B. BRYSON

                                   (By)  Deputy Clerk